**Order entered February 13, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-12-01148-CR**
**No. 05-12-01149-CR**
**No. 05-12-01150-CR**

**KENTRAIL RAY MCCUIN, Appellant**

**V.**

**, Appellee**

## ORDER

On the Court's own motion, we **ORDER** the appellant's brief received on January 23, 2013 filed as of the date of this order.

The State's brief is due within thirty days of the date of this order.

/s/    LANA MYERS
        JUSTICE